IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| H&C ANIMAL HEALTH, LLC, ) | |
|            Plaintiff, ) | CIVIL ACTION |
| ) | CASE NO. 2:20-cv-02271-HLT-ADM |
| v. ) | |
| ) | |
| CEVA ANIMAL HEALTH, LLC, ) | |
|            Defendant. ) | |

## **JOINT MEDIATION NOTICE**

COME NOW the Plaintiff, H&C Animal Health, LLC, and the Defendant, Ceva Animal Health, LLC, by and through undersigned counsel and pursuant to the Scheduling Order entered herein on November 17, 2020 (Dkt. No. 42) and give notice that the parties have selected Jerome V. Bales of Rouse Frets White Goss Gentile Rhodes, P.A., 5250 W. 116th Place, Suite 400, Leawood, KS 66211, (phone) 913-387-1200, to serve as mediator and that the parties shall participate in mediation on Januray 29, 2021 commencing at 9:00 a.m. C.S.T. via Zoom video conference.

DATED this 18th day of December, 2020.

00891017

| | |
|---|---|
| **FOR PLAINTIFF H&C ANIMAL HEALTH, LLC** | **FOR DEFENDANT CEVA ANIMAL HEALTH, LLC** |
| EVANS & MULLINIX, P.A. | STINSON LLP |
| */s/ David R. Schapker* <br> David R. Schapker KS # 24596 <br> Colin N. Gotham KS # 19538 <br> 7225 Renner Road, Suite 200 <br> Shawnee, Kansas 66217 <br> Telephone: 913.890.7009 <br> Facsimile: 913.962.8701 <br> dschapker@emlawkc.com <br> cgotham@emlawkc.com | */s/ Victoria L. Smith* <br> Sean W. Colligan, KS #25727 <br> Victoria L. Smith, KS #16502 <br> Bryce E. Langford, KS #27548 <br> 1201 Walnut Street, Suite 2900 <br> Kansas City, MO 64106 <br> Tel: (816) 842-8600 <br> Fax: (816) 691-3495 <br> sean.colligan@stinson.com <br> vicki.smith@stinson.com <br> bryce.langford@stinson.com |
| HOLLAND & HART LLP | |
| James E. Hartley (*pro hac vice*) <br> 1800 Broadway, Suite 300 <br> Boulder, Colorado 80302 <br> Telephone: 303.245.2075 <br> Facsimile: 303.473.2720 <br> jehartley@hollandhart.com | |
| Paul D. Swanson (*pro hac vice*) <br> 555 17th Street, Suite 3200 <br> Denver, Colorado 80202 <br> Telephone: 303.295.8578 <br> Facsimile: 303.416.8814 <br> pdswanson@hollandhart.com | |
| Eric Maxfield (*pro hac vice*) <br> Brandon T. Christensen (*pro hac vice*) <br> 222 South Main Street, Suite 2200 <br> Salt Lake City, Utah 84101 <br> Telephone: 801.799.5882 <br> Facsimile: 801.618.3832 <br> egmaxfield@hollandhart.com <br> btchristensen@hollandhart.com | |